No. 71–816. DUN & BRADSTREET, INC. *v.* KANSAS ELECTRIC SUPPLY CO., INC. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. 

No. 71–938. WINNEBAGO TRIBE OF NEBRASKA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. 

No. 71–1008. HAWKINS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.